UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| CHRISTOPHER DOYLE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 2:11-cv-371 |
| v. | ) | |
| | ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER

After careful consideration of the Report and Recommendation (Doc. 22) of the United States Magistrate Judge concerning Plaintiff's Motion for Attorney's Fees (Doc. 18) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), it is hereby **ORDERED** that the Report and Recommendation (Doc. 22) is **ACCEPTED** and **ADOPTED**, and Plaintiff's Motion for Attorney's Fees (Doc. 18) is **GRANTED**.

Accordingly, Plaintiff is **AWARDED** attorney's fees and costs in the amount of $2,167.37.

**SO ORDERED** this 21st day of December, 2012.

>     */s/ Harry S. Mattice, Jr.*
> HARRY S. MATTICE, JR.
> UNITED STATES DISTRICT JUDGE